Hayk Kirakosyan, In Pro Per
Hayk Kirakosyan
1002 N. Edgemont St., Apt. #7
Los Angeles, CA  90029
(323) 373-8496

Attorney for:
Hayk Kirakosyan, in pro per

FILED
APR 1 0 2007
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HAYK KIRAKOSYAN,<br>an individual,<br><br>Debtor. | CASE NO.: 2:06-bk-13681-VZ<br><br>Chapter 7<br><br>**NOTICE OF MOTION AND MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE IN ORDER TO FILE/SUBMIT DEBTOR'S CERTIFICATE OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT; POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF**<br><br>[The Copy of Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management filed concurrently herewith]<br><br>Date:<br>Time:<br>Dept.:<br>United States Bankruptcy Court<br>255 East Temple Street<br>Los Angeles, CA  90012 |

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that Hayk Kirakosyan, debtor (the "Debtor") will move the Court at the above referenced date and time for an order reopening his bankruptcy case

---
NOTICE OF MOTION AND MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE
1

1  (the "Motion") pursuant to 11 U.S.C. §350 (b) so that he can file/submit a Debtor's
2  Certificate of Completion of Instructional Course Concerning Personal Financial
3  Management (the "Certificate").

4  **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule ("LBR")
5  9013-1 any written response to the Debtor's Motion must be in writing, filed with the clerk
6  of the United States Bankruptcy Court, and served upon the Debtor whose address
7  appears in the upper left hand corner of the first page of this Motion, no later that fourteen
8  (14) days prior to the hearing date scheduled for this Motion. Failure to timely file and serve
9  a responsive pleading may be deemed to constitute consent to the relief requested herein.

11  DATED: 04/03/2007                Respectfully Submitted,

14                                    Hayk Kirakosyan, Debtor In Pro Per

---
NOTICE OF MOTION AND MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE
2

## MOTION TO REOPEN BANKRUPTCY CHAPTER 7 CASE

The Debtor hereby requests that the Court to reopen his bankruptcy case to allow him to file/submit Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. The Debtor has completed and concurrently files the Certification of Instructional Course Concerning Personal Financial Management. Although the Debtor completed the Instructional Course Concerning Personal Financial Management, his case was closed after his filing of said Certificate. As such, the Debtor's case was closed without discharge to which he should be entitled.

Relief is requested on the grounds that the reopening of the case under §350 (b) will accord relief to the Debtor or for cause. The Motion is based on the attached Memorandum of Points and Authorities, the attached declaration and such other evidence and legal argument as the court may consider.

**WHEREFORE**, the Debtor requests that the Court to reopen his bankruptcy case to allow him to file/submit Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management.

DATED: 04/03/2007                    Respectfully Submitted,

_____
Hayk Kirakosyan, Debtor In Pro Per

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## Statement of Additional Facts

The Motion is made on the basis of the following additional facts.

1. A voluntary petition was filed by the Debtor on August 8, 2006 (the "Petition Date").

2. The Debtor's 341(a) meeting of creditors was held and concluded on September 6, 2006, and the Trustee's report of no asset was subsequently filed.

3. The Debtor has completed and concurrently files the Certification of Instructional Course Concerning Personal Financial Management. Although the Debtor completed the Instructional Course Concerning Personal Financial Management, his case was closed after his filing of said Certificate. As such, the Debtor's case was closed without discharge to which he should be entitled.

4. The Debtor completed his personal financial management course, and would like the opportunity to file/submit the required certificate with the Court and obtain his discharge.

## II.

## The Legal Standard For Re-Opening a Bankruptcy Case

Rule 5010 of the Federal Rules of Bankruptcy Procedure provides that "[a] case may be reopened on motion of the debtor or other party in interest pursuant to §350 (b) of the Bankruptcy Code." Section 350 (b) of the Bankruptcy Code states that a case may be reopened in the court in which such case was closed to administer assets, to accord relief to the debtor, or for other cause.

This is such a case. All that is being sought is the reopening of this case to allow the Debtor to file/submit his Certificate of Completion of Instructional Course Concerning

Personal Financial Management.

## III.

## Conclusion

Based on the legal argument presented herein, the Debtor requests that the Court grant his motion to reopen his bankruptcy case so that he can file Debtor's Certificate of Completion of Instructional Course Concerning Personal Financial Management to avoid the dismissal of his case.

DATED: 04/03/2007                                Respectfully Submitted,

_____

Hayk Kirakosyan, Debtor In Pro Per

## DECLARATION OF HAYK KIRAKOSYAN

I, Hayk Kirakosyan, declare:

1. I am the debtor in the instant bankruptcy proceeding. I make this declaration in support of my Motion to Reopen my Bankruptcy Case. I have personal knowledge of the facts set forth herein, and if called upon to testify to these facts, I would and could competently do so.

2. I filed a voluntary petition on August 8, 2006 (the "Petition Date").

3. My 341(a) meeting of creditors was held and concluded on September 6, 2006, and the Trustee's report of no asset was subsequently filed.

4. I have completed my personal financial management course, and would like the opportunity to file/submit the required certificate with the Court and obtain my discharge.

5. After I completed my personal financial management course and filed the required certificate, my case was closed without the benefit of a discharge to which I should be entitled.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 04/03/2007                                Respectfully Submitted,

_____
Hayk Kirakosyan, Debtor In Pro Per

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
)
County of Los Angeles )

I am resident of the county aforesaid; I am over the age of 18 years and not a party to the within entitled action; my residence address is 2252 Del Mar Road, Unit #3, Montrose, CA 91020. On April 3, 2007, I served the within **NOTICE OF MOTION AND MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE IN ORDER TO FILE/SUBMIT DEBTOR'S CERTIFICATE OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT; POINTS AND AUTHORITIES AND DECLARATION IN SUPPORT THEREOF** on the parties concerned in said action by placing a true copy thereof enclosed in a sealed envelope with postage paid thereon fully prepaid, in the United States mail at Glendale, California, addressed as follows:

### SEE ATTACHED MAILING LIST

Executed on April 3, 2007 at Glendale, California.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Lusine Sharyan

---

NOTICE OF MOTION AND MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE
7

IN RE: HAYK KIRAKOSYAN, DEBTOR
USBC CASE NO.: 2:06-bk-13681-VZ

# MAILING LIST

**DEBTOR**

HAYK KIRAKOSYAN
1002 N. EDGEMONT ST., APT. #7
LOS ANGELES, CA   90029

**U. S. TRUSTEE**

OFFICE OF THE UNITED STATES TRUSTEE
255 E. TEMPLE STREET, ROOM 940
LOS ANGELES, CA   90012

**CHAPTER 7 TRUSTEE**

U. S. BANKRUPTCY COURT TRUSTEE
DAVID A. GILL
2029 CENTURY PARK EAST, 3RD FLOOR
LOS ANGELES, CA   90067-2904

**CREDITORS**

AFNI, INC.
P. O. BOX   3097
BLOOMINGTON, IL   61702

ALLSTATE FINANCE
3550 WILSHIRE BLVD., #9
LOS ANGELES, CA   90010

AMERICAN HONDA FINANCE
1235 OLD ALPHARETTA RD. S
ALPHARETTA, GA 30005

APPLIED CARD BANK
P. O. BOX   17123
WILMINGTON, DE   19850

FNBM/CREDIT ONE BANK
P. O. BOX   98873
LAS VEGAS, NV   89193

LOCKHEED FED CR UNION
P. O. BOX   6754
BURBANK, CA   91510

1. NORTHERN ARIZ CREDIT SERVICES
   543 E. ANDY DEVINE AVE.
2. KINGMAN, AZ  86401

3. ONYX ACCEP.
   27051 TOWNE CENTRE DR.
4. FOOTHILL RANCH, CA  92610

5. PORTFOLIO ACQUISITIONS
   2425 COMMERCE AVE., #10
6. DULUTH, GA  30096

7. VERIZON WIRELESS
   15900 SE EASTGATE WAY
8. BELLEVUE, WA  98008

9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

NOTICE OF MOTION AND MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE
9

Form B23 (Official Form 23) - (10/06)

2006 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re HAYK KIRAKOSYAN
Debtor(s).

CHAPTER:

CASE NO.: 06-13681

# DEBTOR'S CERTIFICATION OF COMPLETION
# OF INSTRUCTIONAL COURSE CONCERNING
# PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, HAYK KIRAKOSYAN, the debtor in the above-styled case hereby certify that on
(Print Name of Debtor)

02/10/07, I completed an instructional course in personal financial management provided by
(Date)

www.cccsatl.org, an approved personal financial management instruction provider.
(Name of Provider)

Certificate No.: 02114-CAC-DE-00142/697

☐ I, _____, the debtor in the above-styled case, hereby certify that no
(Printed Name of Debtor)

personal financial management course is required because:

*[Check the appropriate box.]*

☐ Incapacitated or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Date 02/12/07    Signature _____ Debtor

*Instructions: Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.*

*Filing Deadlines: In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)*

Certificate Number: 02114-CAC-DE-001421697
Bankruptcy Case Number: 0613681

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on 02/10/07, at 08:50 o'clock PM EDT, Hayk Kirakosyan completed a course on personal financial management given by Internet by Consumer Credit Counseling Service of Greater Atlanta, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District Of California.

Title:   **Bankruptcy Program Director**                                   Date: **02.10.07**
By: **/s/Doug Erickson**

Consumer Credit Counseling Service (CredAbility):
Phone: 866-672-2227
Email:
Website: www.cccsbankruptcy.org
Tax ID: 58-0942924

# Consumer Credit
## Counseling Service

*A Member of the CredAbility Network*

02.10.07

Hayk Kirakosyan
1002 N. EDGEMONT ST. #7
LOS ANGELES CA 90029

Bankruptcy Education Certificate #: 02114-CAC-DE-001421697
Bankruptcy Case # : 0613681

Dear Hayk Kirakosyan:

Congratulations! You have successfully completed the pre-discharge bankruptcy education seminar and have passed the required examination with a score of 27 out of 30. Your certificate is enclosed. If your attorney has an express account with CCCS, a copy of the certificate will be sent to your attorney's office.

As promised, your credit score at the time we pulled your credit report was 571. For more information about credit scores, please visit our site, or the Fair Isaac Corporation at

Thank you for choosing Consumer Credit Counseling Service (CCCS) of Greater Atlanta, a member of the CredAbility Network. For over 42 years, CCCS has been the trusted source for budget, credit and housing education and counseling. In the last 12 months, more than 98,000 individuals, like yourself, sought out CCCS counselors and educators for guidance. Please call us again if we can be of help. To schedule a free appointment, call us at 1-800-251-CCCS (2227), or visit us online at

We wish you success!

Sincerely,


Doug Erickson
Bankruptcy Program Director
Consumer Credit Counseling Service